**HEJMANOWSKI & McCREA LLC**
PAUL R. HEJMANOWSKI (#94)
CHARLES H. McCREA (#104)
520 South Fourth Street, Suite 320
Las Vegas, Nevada 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
prh@hmlawlv.com
chm@hmlawlv.com

**BAUTE CROCHETIERE & HARTLEY LLP**
MICHAEL J. HARTLEY (*Pro Hac Vice* to follow)
COURTNEY A. PALKO (*Pro Hac Vice* to follow)
ALEJANDRO AHARONIAN (*Pro Hac Vice* to follow)
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225
mhartley@bautelaw.com
cpalko@bautelaw.com
aaharonian@bautelaw.com

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SANDS, INC. n/k/a LAS VEGAS SANDS, LLC; and LAS VEGAS SANDS CORP., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Defendant. | Case No. 2:22-cv-00461-JCM-BNW <br> Hon. James C. Mahan <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT BY 30 DAYS** <br><br> **(FIRST REQUEST)** <br><br> Action Filed: March 14, 2022 |

Plaintiffs Las Vegas Sands, Inc. and Las Vegas Sands Corp. ("Plaintiffs") and Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") (collectively the "Parties") hereby stipulate, by and through their respective counsel of record, and subject to the

Court's approval, as follows:

1. Plaintiffs filed the Complaint in this action on March 14, 2022 (ECF #1), and National Union was served with the Summons and Complaint on March 22, 2022 (ECF #9).

2. National Union's current deadline to respond to the Complaint is April 12, 2022.

3. National Union requires additional time to prepare its response to the Complaint.

4. The Parties therefore agree, subject to the Court's approval, to extend the deadline for National Union to answer, move to dismiss, or otherwise respond to the Complaint by thirty (30) days, to May 12, 2022.

5. The Parties agree that good cause exists for this extension.

6. This is National Union's first requested extension.

**THE PARTIES HEREBY STIPULATE AND AGREE**, subject to the Court's approval, that National Union's deadline to answer, move to dismiss, or otherwise respond to the Complaint is extended to May 12, 2022.

DATED: April 8, 2022

KEMP JONES, LLP
COHEN ZIFFER FRENCHMAN & McKENNA LLP

/s/ *Marc T. Ladd*
Marc T. Ladd
Attorneys for Plaintiffs

DATED: April 8, 2022

HEJMANOWSKI & McCREA LLC
BAUTE CROCHETIERE & HARTLEY LLP

/s/ *Charles H. McCrea*
Charles H. McCrea
Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Hon. James C. Mahan

DATED: Aptil 15, 2022

# CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(b), I hereby certify that I am an employee of HEJMANOWSKI & McCREA LLC and that on this 8th day of April, 2022, I caused the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT BY 30 DAYS (FIRST REQUEST)** to be served by the Court's CM/ECF System on all parties and counsel of record.

/s/Rosalie Garcia
An Employee of
HEJMANOWSKI & McCREA LLC

BAUTE CROCHETIERE & HARTLEY LLP
777 South Figueroa Street, Suite 3800
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

344531.1

3

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT BY 30 DAYS