**HEJMANOWSKI & McCREA LLC**
PAUL R. HEJMANOWSKI (#94)
CHARLES H. McCREA (#104)
520 South Fourth Street, Suite 320
Las Vegas, Nevada 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
prh@hmlawlv.com
chm@hmlawlv.com

**BAUTE CROCHETIERE & HARTLEY LLP**
MICHAEL J. HARTLEY (*Pro Hac Vice* to follow)
COURTNEY A. PALKO (*Pro Hac Vice* to follow)
ALEJANDRO AHARONIAN (*Pro Hac Vice* to follow)
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225
mhartley@bautelaw.com
cpalko@bautelaw.com
aaharonian@bautelaw.com

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SANDS, INC. n/k/a LAS VEGAS SANDS, LLC; and LAS VEGAS SANDS CORP.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Defendant. | Case No. 2:22-cv-00461-JCM-BNW<br><br>**REQUEST FOR REMOVAL FROM ECF SERVICE LIST** |

Request is hereby made that Malani L. Kotchka be removed from the service list in this case. Notices should no longer be sent to the following e-mail addresses: mlk@hmlawlv.com

and rg@hmlawlv.com

Respectfully submitted,

HEJMANOWSKI &McCREA LLC

By: /s/ Malani L. Kotchka
Malani L. Kotchka (NSB #283)
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: 702-834-8777
E-mail: mlk@hmlawlv.com

**ORDER**
**IT IS SO ORDERED**

**DATED:** 3:26 pm, April 19, 2022

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**