**HEJMANOWSKI & McCREA LLC**
PAUL R. HEJMANOWSKI (#94)
CHARLES H. McCREA (#104)
520 South Fourth Street, Suite 320
Las Vegas, Nevada 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
prh@hmlawlv.com
chm@hmlawlv.com

**BAUTE CROCHETIERE & HARTLEY LLP**
MICHAEL J. HARTLEY (Admitted *Pro Hac Vice*)
COURTNEY A. PALKO (Admitted *Pro Hac Vice*)
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225
mhartley@bautelaw.com
cpalko@bautelaw.com

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SANDS, INC. n/k/a LAS VEGAS SANDS, LLC; and LAS VEGAS SANDS CORP., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Defendant. | Case No. 2:22-cv-00461-JCM-BNW <br> Hon. James C. Mahan <br><br> **STIPULATION AND [PROPOSED] ORDER FOR ALEJANDRO H. AHARONIAN'S WITHDRAWAL AS COUNSEL AND REMOVAL FROM ECF SERVICE LIST** |

Plaintiffs Las Vegas Sands, Inc. and Las Vegas Sands Corp. ("Plaintiffs") and Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") (collectively the "Parties") hereby stipulate, by and through their respective counsel of record, and subject to the Court's approval, as follows:

1. Alejandro H. Aharonian seeks to withdraw as counsel in this case. Paul Hejmanowski and Charles McCrea of Hejmanowski & McCrea LLC (both admitted to practice in this Court) and Michael Hartley and Courtney Palko of Baute Crochetiere & Hartley LLP (both admitted *pro hac vice* in this matter) will continue to serve as counsel of record for National Union. Mr. Aharonian also requests removal from the docket and service list in this case. Notices should no longer be sent to the following email address: aaharonian@bautelaw.com.

2. The affected client and opposing counsel have been informed of the requested withdrawal and have no objections. This stipulation is signed by lead counsel for National Union, Michael Hartley; local counsel for National Union, Charles McCrea; opposing counsel; the represented client, National Union; and the withdrawing attorney, Mr. Aharonian.

3. Counsel for National Union accepts all dates set for pretrial proceedings in the discovery plan and scheduling order. The withdrawal will not result in delay of discovery, the trial, or any hearing.

Respectfully submitted,

DATED: October 4, 2022

BAUTE CROCHETIERE & HARTLEY LLP

By: /s/ Michael J. Hartley
Michael J. Hartley
Attorneys for Defendant National Union Fire
Insurance Company of Pittsburgh, Pa.

DATED: October 4, 2022

HEJMANOWSKI & McCREA LLC

By: /s/ Charles H. McCrea
Charles H. McCrea
Attorneys for Defendant National Union Fire
Insurance Company of Pittsburgh, Pa.

DATED: October 5, 2022

KEMP JONES, LLP
COHEN ZIFFER FRENCHMAN & McKENNA LLP

By: /s/ Marc T. Ladd
Marc T. Ladd
Attorneys for Plaintiffs

DATED: October 4, 2022

By: *Martha S. Keane*
Martha Keane
Assistant General Counsel, Litigation for National
Union Fire Insurance Company of Pittsburgh, Pa.

DATED: October 4, 2022

By: _____
Alejandro H. Aharonian
Withdrawing Attorney

## ORDER

IT IS SO ORDERED

DATED: 3:21 pm, October 06, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

346627.2

Case No. 2:22-cv-00461-JCM-BNW

3

STIPULATION AND [PROPOSED] ORDER FOR ALEJANDRO H. AHARONIAN'S WITHDRAWAL AS
COUNSEL AND REMOVAL FROM ECF SERVICE LIST