1  **HEJMANOWSKI & McCREA LLC**
   PAUL R. HEJMANOWSKI (#94)
2  CHARLES H. McCREA (#104)
   520 South Fourth Street, Suite 320
3  Las Vegas, Nevada 89101
   Telephone: (702) 834-8777
4  Facsimile: (702) 834-5262
   prh@hmlawlv.com
5  chm@hmlawlv.com

6  **BAUTE CROCHETIERE & HARTLEY LLP**
   MICHAEL J. HARTLEY (Admitted *Pro Hac Vice*)
7  COURTNEY A. PALKO (Admitted *Pro Hac Vice*)
   777 South Figueroa Street, Suite 3800
8  Los Angeles, California 90017
   Telephone: (213) 630-5000
9  Facsimile: (213) 683-1225
   mhartley@bautelaw.com
10 cpalko@bautelaw.com

11 Attorneys for Defendant
   National Union Fire Insurance Company of
12 Pittsburgh, Pa.

13

14                    **UNITED STATES DISTRICT COURT**

15                            **DISTRICT OF NEVADA**

16

| | |
|---|---|
| 17  LAS VEGAS SANDS, INC. n/k/a LAS VEGAS SANDS, LLC; and LAS VEGAS SANDS CORP., | Case No. 2:22-cv-00461-JCM-BNW<br>Hon. James C. Mahan |
| 19           Plaintiff, | **CORRECTED STIPULATION PER CLERK'S NOTICE AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF #47]** |
| 20   v. | |
| 21  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | |
| 22           Defendant. | **(FIRST REQUEST)** |

Plaintiffs Las Vegas Sands, Inc. n/k/a Las Vegas Sands, LLC, and Las Vegas Sands Corp. ("Plaintiffs") and Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate to extend the briefing schedule for Plaintiffs' Motion for Partial Summary Judgment ("MPSJ") (ECF #47), subject to the Court's approval, as follows:

1. In light of the holidays, the Parties jointly request an extension of their briefing schedule for the above-referenced motion to allow the Parties sufficient time to complete their opposition and reply. This is the Parties' first request to extend these deadlines. The Parties agree there is good cause to support the requested extension.

2. On December 23, 2022, Plaintiffs filed their MPSJ. ECF #47. The current deadline for National Union's opposition to the MPSJ is January 13, 2023, and Plaintiffs' reply is currently due on January 27, 2023. No hearing date has been set.

3. The Parties have agreed to the following briefing schedule for Plaintiffs' MPSJ, subject to the Court's approval: (a) National Union will file its opposition to Plaintiffs' MPSJ by January 27, 2023; and (b) Plaintiffs will file their reply by February 17, 2023.

| Event | Existing Date | Proposed Date |
|---|---|---|
| National Union's Opposition to Plaintiffs' MPSJ | January 13, 2023 | January 27, 2023 |
| Plaintiffs' Reply in Support of MPSJ | January 27, 2023 | February 17, 2023 |

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: January 3, 2023

HEJMANOWSKI & McCREA LLC
BAUTE CROCHETIERE & HARTLEY LLP

By: /s/ Michael J. Hartley
Michael J. Hartley
Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.

DATED: January 3, 2023

KEMP JONES, LLP
COHEN ZIFFER FRENCHMAN & McKENNA LLP

By: /s/ Marc T. Ladd
Marc T. Ladd
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

_____
United States District Judge

Dated: January 4, 2023

BAUTE CROCHETIERE & HARTLEY LLP
777 South Figueroa Street, Suite 3800
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225