**HEJMANOWSKI & McCREA LLC**
PAUL R. HEJMANOWSKI (#94)
CHARLES H. McCREA (#104)
520 South Fourth Street, Suite 320
Las Vegas, Nevada 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
prh@hmlawlv.com
chm@hmlawlv.com

**BAUTE CROCHETIERE & HARTLEY LLP**
MICHAEL J. HARTLEY (Admitted *Pro Hac Vice*)
COURTNEY A. PALKO (Admitted *Pro Hac Vice*)
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225
mhartley@bautelaw.com
cpalko@bautelaw.com

Attorneys for Defendant
National Union Fire Insurance Company of
Pittsburgh, Pa.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SANDS, INC. n/k/a LAS VEGAS SANDS, LLC; and LAS VEGAS SANDS CORP.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Defendant. | Case No. 2:22-cv-00461-JCM-BNW<br>Hon. James C. Mahan<br><br>**CORRECTED STIPULATION PER CLERK'S NOTICE AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES AND DOCUMENT PRODUCTION [ECF #46]**<br><br>**(FIRST REQUEST)** |

  Plaintiffs Las Vegas Sands, Inc. n/k/a Las Vegas Sands, LLC, and Las Vegas Sands Corp. ("Plaintiffs") and Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate to extend the briefing schedule for National Union's Motion to Compel Further Discovery Responses and Document Production ("Motion to Compel") (ECF #46), subject to the Court's approval, as follows:

  1. In light of the holidays, the Parties jointly request an extension of their briefing schedules for the above-referenced motion to allow the Parties sufficient time to complete their opposition and reply.  This is the Parties' first request to extend these deadlines.  The Parties agree there is good cause to support the requested extension.

  2. On December 23, 2022, National Union filed its Motion to Compel (ECF #46). Plaintiffs' opposition is currently due on January 6, 2023, and National Union's reply is currently due on January 13, 2023.

  3. On December 27, 2022, the Court (Magistrate Judge Weksler) issued a minute order setting a hearing on the Motion to Compel for January 25, 2023 at 1:00 p.m.  ECF #52.

  4. The Parties have agreed to the following briefing schedule for the Motion to Compel, subject to the Court's approval:  (a) Plaintiffs' opposition will be filed by January 11, 2023; and (b) National Union's reply will be filed by January 18, 2023.

  5. The Parties are available for the January 25, 2023 hearing date, or will be available at a future date if the Court continues the hearing in light of the Parties' requested extension to the briefing schedule.

| Event | Existing Date | Proposed Date |
| --- | --- | --- |
| Plaintiffs' Opposition to National Union's Motion to Compel | January 6, 2023 | January 11, 2023 |

| National Union's Reply in Support of Motion to Compel | January 13, 2023 | January 18, 2023 |
|---|---|---|
| Hearing Date | January 25, 2023 | January 25, 2023 (or a future date convenient for the Court) |

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: January 3, 2023

HEJMANOWSKI & McCREA LLC
BAUTE CROCHETIERE & HARTLEY LLP

By: /s/ Michael J. Hartley
Michael J. Hartley
Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.

DATED: January 3, 2023

KEMP JONES, LLP
COHEN ZIFFER FRENCHMAN & McKENNA LLP

By: /s/ Marc T. Ladd
Marc T. Ladd
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

_____
Hon. Brenda N. Weksler
United States Magistrate Judge

Dated: January 4, 2023