**HEJMANOWSKI & McCREA LLC**
PAUL R. HEJMANOWSKI (#94)
CHARLES H. McCREA (#104)
520 South Fourth Street, Suite 320
Las Vegas, Nevada 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
prh@hmlawlv.com
chm@hmlawlv.com

**BAUTE CROCHETIERE & HARTLEY LLP**
MICHAEL J. HARTLEY (Admitted *Pro Hac Vice*)
COURTNEY A. PALKO (Admitted *Pro Hac Vice*)
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225
mhartley@bautelaw.com
cpalko@bautelaw.com

Attorneys for Defendant
National Union Fire Insurance Company of
Pittsburgh, Pa.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SANDS, INC. n/k/a LAS VEGAS SANDS, LLC; and LAS VEGAS SANDS CORP.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Defendant. | Case No. 2:22-cv-00461-JCM-BNW<br>Hon. James C. Mahan<br><br>**CORRECTED STIPULATION PER CLERK'S NOTICE AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF #50]**<br><br>**(FIRST REQUEST)** |

Plaintiffs Las Vegas Sands, Inc. n/k/a Las Vegas Sands, LLC, and Las Vegas Sands Corp. ("Plaintiffs") and Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate to extend the briefing schedule for Plaintiffs' Motion to Stay Discovery Pending Resolution of Plaintiffs' Motion for Partial Summary Judgment ("Motion to Stay") (ECF #50), subject to the Court's approval, as follows:

1. In light of the holidays, the Parties jointly request an extension of their briefing schedule for the above-referenced motion to allow the Parties sufficient time to complete their opposition and reply. This is the Parties' first request to extend these deadlines. The Parties agree there is good cause to support the requested extension.

2. On December 23, 2022, Plaintiffs' filed their Motion to Stay (ECF #50). National Union's opposition is currently due on January 6, 2023, and Plaintiffs' reply is currently due on January 13, 2023.

3. On December 27, 2022, the Court (Magistrate Judge Weksler) issued a minute order setting a hearing on the Motion to Stay for January 25, 2023 at 1:00 p.m. ECF #52.

4. The Parties have agreed to the following briefing schedule for the Motion to Stay, subject to the Court's approval: (a) National Union's opposition will be filed by January 11, 2023; and (b) Plaintiffs' reply will be filed by January 18, 2023.

5. The Parties are available for the January 25, 2023 hearing date, or will be available at a future date if the Court continues the hearing in light of the Parties' requested extension to the briefing schedule.

| Event | Existing Date | Proposed Date |
|---|---|---|
| National Union's Opposition to Plaintiffs' Motion to Stay | January 6, 2023 | January 11, 2023 |
| Plaintiffs' Reply in Support of Motion | January 13, 2023 | January 18, 2023 |

348127.1    2    Case No. 2:22-cv-00461-JCM-BNW
STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

| | | |
|---|---|---|
| to Stay | | |
| Hearing Date | January 25, 2023 | January 25, 2023 (or a future date convenient for the Court) |

**IT IS SO STIPULATED.**

DATED: January 3, 2023

Respectfully submitted,

HEJMANOWSKI & McCREA LLC
BAUTE CROCHETIERE & HARTLEY LLP

By: _____/s/ Michael J. Hartley_____
Michael J. Hartley
Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.

DATED: January 3, 2023

KEMP JONES, LLP
COHEN ZIFFER FRENCHMAN & McKENNA LLP

By: _____/s/ Marc T. Ladd_____
Marc T. Ladd
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

_____
Hon. Brenda N. Weksler
United States Magistrate Judge

Dated: January 4, 2023

BAUTE CROCHETIERE & HARTLEY LLP
777 South Figueroa Street, Suite 3800
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225