**HEJMANOWSKI & McCREA LLC**
PAUL R. HEJMANOWSKI (#94)
CHARLES H. McCREA (#104)
520 South Fourth Street, Suite 320
Las Vegas, Nevada 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
prh@hmlawlv.com
chm@hmlawlv.com

**BAUTE CROCHETIERE & HARTLEY LLP**
MICHAEL J. HARTLEY (Admitted *Pro Hac Vice*)
COURTNEY A. PALKO (Admitted *Pro Hac Vice*)
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225
mhartley@bautelaw.com
cpalko@bautelaw.com

Attorneys for Defendant
National Union Fire Insurance Company of
Pittsburgh, Pa.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SANDS, INC. n/k/a LAS VEGAS SANDS, LLC; and LAS VEGAS SANDS CORP., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Defendant. | Case No. 2:22-cv-00461-JCM-BNW <br> Hon. James C. Mahan <br><br> **SECOND STIPULATION AND ORDER TO EXTEND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.'S DEADLINE TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF #47]** <br><br> **(SECOND REQUEST)** |

Plaintiffs Las Vegas Sands, Inc. n/k/a Las Vegas Sands, LLC, and Las Vegas Sands Corp. ("Plaintiffs") and Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate, subject to the Court's approval, to extend National Union's deadline to file its opposition to Plaintiffs' Motion for Partial Summary Judgment ("MPSJ") (ECF #47) by two business days, as follows:

1. On December 23, 2022, Plaintiffs filed their MPSJ. ECF #47. On January 4, 2023, the Court approved the Parties' requested briefing schedule: (a) the current deadline for National Union's opposition to the MPSJ is January 27, 2023; and (b) Plaintiffs' reply is currently due on February 17, 2023. ECF #58.

2. As part of meeting and conferring with Plaintiffs, National Union has requested, and the Parties have agreed to, an extension of National Union's deadline to file its opposition to Plaintiff's MSPJ by two business days from Friday, January 27, 2023 to Tuesday, January 31, 2023. Plaintiffs' reply deadline will remain the same. No hearing date has been set. The Parties agree there is good cause to support the requested extension.

**IT IS SO STIPULATED.**

DATED: January 27, 2023

_____
U.S. DISTRICT JUDGE

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| DATED: January 26, 2023 | | HEJMANOWSKI & McCREA LLC |
| | | BAUTE CROCHETIERE & HARTLEY LLP |
| | By: | /s/ Michael J. Hartley |
| | | Michael J. Hartley |
| | | Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa. |
| DATED: January 26, 2023 | | KEMP JONES, LLP |
| | | COHEN ZIFFER FRENCHMAN & McKENNA LLP |
| | By: | /s/ Marc T. Ladd |
| | | Marc T. Ladd |
| | | Attorneys for Plaintiffs |