J. Randall Jones, Esq. (#1927)
r.jones@kempjones.com
Michael J. Gayan, Esq. (#11135)
m.gayan@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001

Robin L. Cohen, Esq. (*Admitted pro hac vice*)
Marc T. Ladd, Esq. (*Admitted pro hac vice*)
Alexander M. Sugzda, Esq. (*Admitted pro hac vice*)
Jason D. Meyers, Esq. (*Admitted pro hac vice*)
COHEN ZIFFER FRENCHMAN
& MCKENNA LLP
1325 Avenue of the Americas
New York, NY 10019
Telephone: (212) 584-1890
Facsimile: (212) 584-1891
rcohen@cohenziffer.com
mladd@cohenziffer.com
asugzda@cohenziffer.com
jmeyers@cohenziffer.com

*Attorneys for Plaintiffs Las Vegas Sands, Inc. n/k/a Las Vegas Sands, LLC & Las Vegas Sands Corp.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SANDS, INC. n/k/a LAS VEGAS SANDS, LLC; and LAS VEGAS SANDS CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Defendant. | Case No.: 2:22-cv-00461-JCM-BNW<br>Hon. James C. Mahan<br><br>**STIPULATION AND ORDER TO WITHDRAW PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT, WITHOUT PREJUDICE [ECF #47]**<br><br>**(FIRST REQUEST)** |

Plaintiffs Las Vegas Sands, Inc. n/k/a Las Vegas Sands, LLC, and Las Vegas Sands Corp. ("Plaintiffs") and Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate, subject to the Court's approval, to withdraw Plaintiffs' Motion for Partial Summary Judgment ("MPSJ") (ECF No. 47), without prejudice, as follows:

1. On December 23, 2022, National Union filed its Motion to Compel Further Discovery Responses and Document Production ("Motion to Compel"). ECF No. 46.

2. On that same day, Plaintiffs filed their MPSJ and Motion to Stay Discovery Pending Resolution of Plaintiffs' MPSJ ("Motion to Stay"). ECF Nos. 47, 50.

3. By Court order, Plaintiffs' reply was due February 17, 2023. ECF No. 58.

4. On February 17, 2023, Magistrate Judge Weksler heard and ruled on the Parties' discovery motions. Magistrate Judge Weksler denied Plaintiffs' Motion to Stay (ECF No. 50) and granted National Union's Motion to Compel (ECF No. 46). ECF No. 73.

/ / /

/ / /

/ / /

/ / /

1

5. In light of these discovery rulings, Plaintiffs hereby withdraw their MPSJ (ECF No. 47), without prejudice. National Union does not oppose the withdrawal without prejudice.

**IT IS SO STIPULATED.**

DATED: February 21, 2023.

KEMP JONES, LLP

By: /s/ Michael J. Gayan
J. Randall Jones, Esq. (#1927)
Michael J. Gayan, Esq. (#11135)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169

COHEN ZIFFER FRENCHMAN
& MCKENNA LLP
Robin L. Cohen, Esq. (*Admitted pro hac vice*)
Marc T. Ladd, Esq. (*Admitted pro hac vice*)
Alexander M. Sugzda, Esq. (*Admitted pro hac vice*)
Jason D. Meyers, Esq. (*Admitted pro hac vice*)
1325 Avenue of the Americas
New York, NY 10019
*Attorneys for Plaintiffs*

DATED: February 21, 2023.

BAUTE CROCHETIERE & HARTLEY LLP

By: /s/ Michael Hartley
Michael J. Hartley, Esq. (*Admitted pro hac vice*)
Courtney A. Palko, Esq. (*Admitted pro hac vice*)
777 South Figueroa Street, Suite 3800
Los Angeles, CA 90017

HEJMANOWSKI & McCREA LLC
Paul R. Hejmanowski, Esq. (#94)
Charles H. McCrea, Esq. (#104)
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
*Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa*

**IT IS SO ORDERED.**

Dated: February 22, 2023

_____
United States District Judge

2