**PRHLAW LLC**
PAUL R. HEJMANOWSKI (#94)
CHARLES H. McCREA (#104)
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 834-6166
Facsimile: (702) 834-5262
paul@prhlawllc.com
charles@prhlawllc.com

**BAUTE CROCHETIERE HARTLEY & McCOY LLP**
MICHAEL J. HARTLEY (Admitted *Pro Hac Vice*)
COURTNEY A. PALKO (Admitted *Pro Hac Vice*)
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225
mhartley@bautelaw.com
cpalko@bautelaw.com

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SANDS, INC. n/k/a LAS VEGAS SANDS, LLC; and LAS VEGAS SANDS CORP.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Defendant. | Case No. 2:22-cv-00461-JCM-BNW<br>Hon. James C. Mahan<br><br>**REVISED STIPULATION AND [PROPOSED] ORDER TO EXTEND SUMMARY JUDGMENT FILING DEADLINE BY THREE WEEKS AND TO SET SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>**(FIFTH REQUEST)** |

Pursuant to LR IA 6-1 and LR 26-3, this is the fifth stipulation to extend the deadlines in the Scheduling Order (*see* ECF #45, 78, 81, 84). Plaintiffs Las Vegas Sands, Inc. n/k/a Las Vegas Sands, LLC, and Las Vegas Sands Corp. ("Plaintiffs") and Defendant National Union Fire Insurance

Company of Pittsburgh, Pa. ("National Union") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate to extend the dispositive motions deadline in the scheduling order (ECF #81) by three weeks, and to set a summary judgment briefing schedule, subject to the Court's approval, as follows:

1. The Parties have been working diligently and have completed fact and expert discovery.

2. On August 29, 2023, the Parties filed a stipulation requesting a one-week extension for the summary judgment filing deadline. ECF # 84. The Court has not yet ruled on the Parties' stipulation.

3. Since that time, National Union's lead counsel (Michael Hartley) has tested positive for COVID, as has his family, and has been experiencing significant symptoms. National Union therefore has requested an additional two-week extension of the summary judgment filing deadline to accommodate this issue. Plaintiffs do not oppose National Union's requested extension. Mr. Hartley can also provide further information to the Court regarding his circumstances if necessary.

**A.   Summary Judgment Filing Deadline and Briefing Schedule**: The Parties propose extending the disposition motions deadline by three weeks to **September 29, 2023**. The Parties also require additional time to prepare their summary judgment oppositions and replies, and therefore stipulate and agree that oppositions to summary judgment motions are be filed by **October 27, 2023**, and replies (if necessary) are to be filed by **November 17, 2023**.

| Event | Existing Deadline | Proposed Deadline |
|---|---|---|
| Dispositive Motion Deadline | September 8, 2023 | September 29, 2023 |
| Summary Judgment Oppositions | | October 27, 2023 |
| Summary Judgment Replies | | November 17, 2023 |
| Pretrial Order | October 9, 2023 | 30 days after decision on summary judgment or further Court order (LR 26-1(b)(5)) |

DATED: September 6, 2023

Respectfully submitted,

PRHLAW LLC
BAUTE CROCHETIERE HARTLEY & McCOY LLP

By: /s/ Michael J. Hartley
Michael J. Hartley
Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.

DATED: September 6, 2023

KEMP JONES, LLP
COHEN ZIFFER FRENCHMAN & McKENNA LLP

By: /s/ Marc T. Ladd
Marc T. Ladd
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

_____
United States District/Magistrate Judge

Dated: September 6, 2023