J. Randall Jones, Esq. (#1927)
r.jones@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001

Robin L. Cohen, Esq. (Admitted *Pro Hac Vice*)
Marc T. Ladd, Esq. (Admitted *Pro Hac Vice*)
Alexander M. Sugzda (Admitted *Pro Hac Vice*)
Jason D. Meyers, Esq. (Admitted *Pro Hac Vice*)
COHEN ZIFFER FRENCHMAN
& MCKENNA LLP
1325 Avenue of the Americas
New York, New York 10019
Telephone: (212) 584-1890
Facsimile: (212) 584-1891
rcohen@cohenziffer.com
mladd@cohenziffer.com
asugzda@cohenziffer.com
jmeyers@cohenziffer.com

*Attorneys for Plaintiffs Las Vegas Sands, Inc.*
*n/k/a Las Vegas Sands, LLC & Las Vegas*
*Sands Corp.*

KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SANDS, INC. n/k/a LAS VEGAS SANDS, LLC & LAS VEGAS SANDS CORP.<br><br>Plaintiffs<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Defendant | Case No. 2:22-cv-00461-~~JCM~~-BNW <span style="vertical-align:super">CDS</span><br><br>**STIPULATION AND SCHEDULING ORDER**<br><br>[ECF No. 146] |

KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

Pursuant to LR 7-1 and LR IA 6-2, Las Vegas Sands, Inc. n/k/a Las Vegas Sands, LLC and Las Vegas Sands Corp. ("LVS") and Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Stipulation and [Proposed] Scheduling Order following the judgment and Mandate of the United States Court of Appeals for the Ninth Circuit, remanding this case to this Court for further proceedings.

1. On September 23, 2024 (Doc. No. 133), the Court entered an Order granting National Union's motion for summary judgment and denying LVS's motion for partial summary judgment as moot. On September 24, 2024 (Doc. No. 134), the Court entered Judgment in favor of National Union. On October 21, 2024 (Doc. No. 136), LVS filed a Notice of Appeal of the Order and Judgment to the United States Court of Appeals for the Ninth Circuit.

2. On December 29, 2025 (Doc. No. 144), the Ninth Circuit entered a Memorandum vacating the District Court's Judgment, and remanding the case for further proceedings consistent with the Ninth Circuit's disposition. On January 20, 2026 (Doc. No. 145), the Ninth Circuit entered a Mandate declaring that the judgment of the Ninth Circuit, entered on December 29, 2025, took effect on that date.

3. The Parties have met and conferred concerning the most efficient course and jointly propose that the Parties submit simultaneous motions for summary judgment in light of the Ninth Circuit's Memorandum to allow the Court to resolve the remaining issues in the case. The Parties propose the following summary judgment briefing schedule for each Party with simultaneous exchange of opening and opposition briefs, limited to 30 pages each under the rules, and no reply briefs unless requested by the Court:

**April 10, 2026 – Opening Briefs**

**May 15, 2026 – Opposition Briefs**

4. Should the Court wish to discuss this proposal or proceed in a different manner, the Parties can be available for a scheduling conference at the Court's convenience.

Respectfully submitted,

Dated this 18th day of February, 2026.

Dated this 18th day of February, 2026.

**KEMP JONES, LLP**

**HEJMANOWSKI & McCREA LLC**

/s/ J. Randall Jones

/s/ Michael J. Hartley

J. Randall Jones, Esq. (#1927)
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169

Paul R. Hejmanowski (#94)
Charles H. McCrea (#104)
520 South Fourth Street, Suite 320
Las Vegas, Nevada 89101

Robin L. Cohen, Esq. (Admitted *Pro Hac Vice*)
Marc T. Ladd, Esq. (Admitted *Pro Hac Vice*)
Alexander M. Sugzda (Admitted *Pro Hac Vice*)
Jason D. Meyers, Esq. (Admitted *Pro Hac Vice*)
Cohen Ziffer Frenchman & McKenna LLP
1325 Avenue of the Americas
New York, New York 10019

Michael J. Hartley (Admitted *Pro Hac Vice*)
Courtney A. Palko (Admitted *Pro Hac Vice*)
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017

*Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.*

*Attorneys for Plaintiffs Las Vegas Sands, Inc. n/k/a Las Vegas Sands, LLC & Las Vegas Sands Corp.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 27, 2026

KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

3